FILED

2019 DEC 13  PM 3: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: AP

Liu, Haoxiao _____ (Full Name)

communication22@hotmail.com _____ (Email Address)

106 N. Chandler Ave. _____ (Address Line 1)

Monterey Park, CA 91754, U.S.A. _____ (Address Line 2)

626 267 5889 _____ (Phone Number)

Plaintiff _____ in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Liu, Haoxiao _____ ,

**PLAINTIFF,**

**vs.**

_____

_____

USPS, Brennan, Megan J., Postmaster General

**DEFENDANT(S).**

Case No: **CV 19 - 1 0 5 7 3** -FMO (KSx)
(To be supplied by the Clerk)

**COMPLAINT FOR:**

(1) Wrongful Termination

(2) Retaliation

(3) Disability Discrimination

_____

_____

**Jury Trial Demanded:** ☒ Yes   ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under Title VII. 42 U.S.C.§2000e-3(a);

Section 501 of the Rehabilitation Act of 1973 , 29 U.S.C.§§ 791 *et seq.* and;

Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12112.

*Revised: July 2013*
*Form Prepared by Public Counsel*
*© 2010  Public Counsel. All Rights Reserved.*

1

*Page Number*

## II. VENUE

2. Venue is proper pursuant to Federal question jurisdiction and became the events ocurred within the Central District of California

## III. PARTIES

3. Plaintiff's name is _____ Liu, Haoxiao _____. Plaintiff resides at: 106 N. Chandler Ave., Monterey Park, CA 91754, U.S.A

4. Defendant ___ USPS, Brennan, Megan J. Postmaster General

5. Defendant

6 . Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

___. Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

___. Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

___. Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

## IV. STATEMENT OF FACTS

1 . On November 1st, 2017, Plaintiff began his first day of career job training as Part Time Flexible (PTF)
*Insert ¶ #*
Motor Vehicle Operator position with Lupe in Santa Ana, California USPS facility. On November 7th, 2017, Plaintiff had his second day of training with Lupe in City of Industry, California USPS facility. On November 8th, 2017, Plaintiff officially started his first day as PTF motor vehicle operator position in the Transportation Department of the USPS City of Industry facility under the supervision of Gloria, Danny D. On November 9th, 2017, Plaintiff worked second day in the transportation department of City of Industry USPS facility with the supervision of Gloria. With the supervision of Graham, William, Plaintiff worked in the transportation department of City of Industry USPS facility on November 10, 2017, November 11, 2017, November 14, 2017, November 15, 2017, November 16, 2017, November 17, 2017, November 18, 2017 and November 20, 2017. Plaint did NOT get paid for November 18 and 20 of 2017.

2 . On the evening of November 20, 2017, Plaintiff was hit by an 18 wheeler/60 footer semi-truck and
*Insert ¶ #*
Plaintiff was injured and became disabled. On November 22, 2017, Plainti called his supervisor, Mr. Graham in the doctor's office. Plaintiff informed Graham that Plaintiff was injured and became disabled on November 20, 2017. Thus, Plaintiff requested reasonable accommodation for taking several weeks of medical/sick leave without pay. In the meantime, Plaintiff faxed his doctor's note to Graham. Graham asked when Plaintiff could come back to work, Plaintiff told Graham, that plaintiff would come back to work on January 3, 2018. On December 16 2017, Plaintiff received one letter contains two documents: Plaintiff's job performance evaluation and termination. After repeatedly requested for Plaintifff's last pay check for the second half of the November 2017, Plaintiff received his partial pay check on January 12, 2018. On June 12, 2018, Danny Gloria appealed Plaintiff's unemployment insurance application.

3 . On September 12, 2019, EEOC Administrative Judge granted Agency's motion for summary. On
*Insert ¶ #*
September 20, 2019, USPS notified Plaintiff the right to file civil action. Plaintiff is here filing a civil action against USPS, Brennan, Megan J.,Postmaster General; USPS, Gloria, Danny D. Supervisor, Transportation Operations; USPS Graham, William, A/Supervisor, Transportation Operations. Plaintiff's civil action is on the basis of Wrongful Termination, Retaliation, and Disability Discrimination.

$\frac{4}{Insert}$ ¶ #

$\frac{5}{Insert}$ ¶ #

$\frac{6}{Insert}$ ¶ #

## V. <u>CAUSES OF ACTION</u>

## <u>FIRST CAUSE OF ACTION</u>

( <u>Wrongful Termination</u> )
*insert title of cause of action*

**(As against Defendant(s):** USPS, Brennan, Megan J. Postmaster General; )

1 . Title VII. 42 U.S.C.§2000e- 3(a)
*Insert ¶ #*

2 . Plaintiff was injured and became disabled due to a hit and run semi-truck accident on 11/20/2017.
*Insert ¶ #*
Plaintiff promptly notified his supervisor Mr. Graham about Plaintiff's injure/disability in doctor's office on 11/22/2017.
Also, on 11/22/2017, Plaintiff specifically requested reasonable accommodation for taking medical/sick leave from
11/22/2017 to 1/2/2018 by faxing over his doctor's note to the fax number Mr. Graham provided to the Plaintiff.
On 12/16/2017, Plaintiff received one letter containing both Plaintiff's fraudulent evaluation and wrongful termination
paper.

3 . Plaintiff was falsely and fraudulently evaluated and wrongfully terminated as a result of disability
*Insert ¶ #*
discrimination. Defendant failed to provide reasonable accommodation(s) for the disabled Plaintiff, especially after
the disabled Plaintiff explicitly requested reasonable accommodation both orally and in his doctor's written form on .
11/22/2017 in Plaintiff's doctor's office. Mr. Gloria (Plaintiff's supervisor) is in violation of provisons in the USPS
Employment Handbook which is the existing and established implied employment contract between USPS and its
employees like the Plaintiff. The Defendant breached an implied employment contract which clearly states in the
USPS employee handbook. The Defendant violated an usual employment practice in wrongfully terminating plaintiff
such as neglecting to give a required warning, etc. _____6_____

*Page Number*

<div style="border: 1px solid black; padding: 10px;">

## SECOND CAUSE OF ACTION

(                                    Retaliation                                    )

*insert title of cause of action*

**(As against Defendant(s):** USPS, Brennan, Megan J. Postmaster General                    )

</div>

1 . Section 501 of the Rehabilitation Act of 1973, 29 U.S.C.§§ 791 *et seq.*
*Insert ¶ #*

2 . Plaintiff was injured and became disabled due to a hit and run semi-truck accident on 11/20/2017.
*Insert ¶ #* Plaintiff promptly notified his supervisor Mr. Graham about Plaintiff's injure/disability in doctor's office on 11/22/2017. Also, on 11/22/2017, Plaintiff specifically requested reasonable accommodation for taking medical/sick leave from 11/22/2017 to 1/2/2018 by faxing over his doctor's note to the fax number Mr. Graham provided to the Plaintiff. On 12/16/2017, Plaintiff received one letter containing both Plaintiff's fraudulent evaluation and wrongful termination paper.

3 . Plaintiff was falsely and fraudulently evaluated and wrongfully terminated as a result of requesting
*Insert ¶ #* reasonable accommodation for taking medical/sick leave from 11/22/2017 to 1/2/20108 on 11/22/2017. Mr. Gloria (Plaintiff's supervisor) acted negligently and with malicious intend in creating hostile and defamatory wroking environment [spreading rumor damaging the Plaintiff's reputation and preventing the Plaintiff from seeing Union Rep] He also acted intentionally and recklessly to inflict extreme emotional distress, harm, and suffering to the plaintiff. Plaintiff is also a whistleblower for those who might and/or would be wrongfully terminated. Plaintiff was involving in exploring and engaging the reporting of the abuse of power and fraud committed and would be committed by Mr. Gloria. Mr. Gloria dileberately created the intimidating and offensive work atmosphere in order to single out the innocent Plaintiff.

## THIRD CAUSE OF ACTION

( Disability Discrimination )

*insert title of cause of action*

**(As against Defendant(s):** USPS, Brennan, Megan J. Postmaster General )

1 . Title I of the Americans with Disabilities Act of 1990, 42 U.S.C.§ 12112.

*Insert ¶ #*

2 . Plaintiff was injured and became disabled due to a hit and run semi-truck accident on 11/20/2017. *Insert ¶ #* Plaintiff promptly notified his supervisor Mr. Graham about Plaintiff's injure/disability in doctor's office on 11/22/2017. Also, on 11/22/2017, Plaintiff specifically requested reasonable accommodation for taking medical/sick leave from 11/22/2017 to 1/2/2018 by faxing over his doctor's note to the fax number Mr. Graham provided to the Plaintiff. On 12/16/2017, Plaintiff received one letter containing both Plaintiff's fraudulent evaluation and wrongful termination paper.

3 . After Plaintiff specifically requested reasonable accommodation for taking medical/sick leave from *Insert ¶ #* 11/22/2017 to 1/2/2018 in his doctor's office on 11/22/2017, Defendants chose not only ignored Plaintiff's legitimate accommodation request for Plaintiff's disability, but also Defendants falsely and fraudulently evaluated and wrongfully terminated the disabled Plaintiff on 12/16/2017. Plaintiff wants to hold negligent Defendants accountable with disability discriminastion.

## FOURTH CAUSE OF ACTION

( _____ )

*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

*Insert* ¶ #

*Insert* ¶ #

*Insert* ¶ #

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Due to Plaintiff's Disability Discrimination, Wrongful Termination, and Retaliation, Plaintiff is hereby

*Insert ¶ #*

sincerely praying for and respectfully requesting for the following relief:

a. Erase and correct any and all Plaintiff's fraudulent and false job performance evaluation by the Defendants;

b. Erase and correct any and all Defendants' fraudulent and false accusation in Plaintiff's PS Form 50 and change the reason for leaving as "voluntary resign".

c. An official sincere apology letter from Megan J. Brennan, the Postmaster General;

2. Plaintiff's moneytary damages like front pay; back pay; pay difference; any possible overtime and benefits;

*Insert ¶ #*

Any out-of-Plaintiff's pocket costs resulting from Defendants' discriminatory acts;

Mental anguish; Punitive Damages for Disability Discrimination; Unpaid wage as PTFMVO (career position part time flexible motor vehicle operator; Lost wage; etc.

3. Any and all such other relief as the Court may deem appropriate.

*Insert ¶ #*

4.

*Insert ¶ #*

Dated: 11/23/2019

Sign: _____

Print Name: Liu, Haoxiao

10

*Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____ 11/23/2019

Sign: _____

Print Name: _____ Liu, Haoxiao

4831-5981-9291, v. 1